396 A.2d 64

Sciotto, Appellant, v. Criste.

Submitted April 10, 1978. Frederick B. Gieg, Jr., for appellant; Richard A. Consiglio, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 64

Tagnani v. Lew et al., Appellants.

Argued March 28, 1978. Joseph J. Musto, for appellant, Lew; Jonathan C. Teller, submitted a brief for appellant, Reinert; Conrad A. Falvello, with him Thomas J. Sharkey, for appellee.

Order affirmed.

The above case was decided prior to the retirement of HOFFMAN, J.